# UNITED STATES DISTRICT COURT

District of  MASSACHUSETTS

Arbella Mutual Insurance Co
(as subrogee of Yvette Harris)

V.

United States of America

SUMMONS IN A CIVIL CASE

CASE NUMBER:

## 04-11400 JLT

TO: (Name and address of Defendant)

Attorney General of the United States
Michael J. Sullivan, Attorney General of MA
U.S. Courthouse, Suite 9200
One Constitution Way
Boston, MA 02210

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jackson F. Quan
Bolden & Associates
10 Federal Street, Suite 210
Salem, MA 01970

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE  7-27-04