IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
ARBELLA MUTUAL INSURANCE CO    )
                               )
Plaintiff,                     )    Civil Action No. 04-11400-JLT
                               )
v,                             )
                               )
UNITED STATES,                 )
                               )
Defendant.                     )
```

### ANSWER

COMES NOW Defendant, United States of America, by its attorneys, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Christopher Alberto, Assistant United States Attorney for said District, and answers Plaintiff's Complaint as follows:

1. Statement of jurisdiction to which no answer is required.

2. The defendant is without sufficient knowledge to form a belief as to the facts asserted in this paragraph.

3. Admit.

4. Admit.

5. Admit.

6. Admit.

7. Conclusion of law to which no answer is required.

8. Admit.

9. Deny.

10.  Plaintiff is left to its proofs.

WHEREFORE, having fully answered Plaintiffs Complaint, Defendant respectfully moves this Court to dismiss Plaintiff's Complaint, for its costs incurred herein, and for such further relief as is just and proper.

                                Respectfully submitted

                                MICHAEL J. SULLIVAN
                                UNITED STATES ATTORNEY


                                <u>/s/ Christopher Alberto</u>
                                Christopher Alberto
                                Assistant United States Attorney
                                District of Massachusetts
                                One Courthouse Way, Suite 9200
                                Boston, MA 0221 0
                                Tele: (617) 748-3100
                                 Fax: (617)748-3971

Dated: August 11, 2004