UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
ARBELLA MUTUAL INSURANCE    )
                            )
    Plaintiff               )    Civil Action No. 04-11400-JLT
                            )
v.                          )
                            )
UNITED STATES,              )
                            )
    Defendant.              )
_____)

**STATEMENT PURSUANT TO LOCAL RULE 16.1**

Pursuant to Local Rule 16.1, the United States' proposes the following Discovery Plan and Motion Schedule for the Court to consider in connection with the initial scheduling conference in this matter currently scheduled for Tuesday, November 2, 2004 at 11:15 a.m.

**Proposed Schedule**

| Event | Deadline |
|---|---|
| Completion of Written Fact Discovery and Depositions | January 30, 2005 |
| Deadline for Filing Dispositive Motions | March 31, 2005 |
| Final Pretrial Conference | To be scheduled by the Court |
| Trial | To be scheduled by the Court |

**Certification**

The United States, pursuant to Local Rule 16.1, certifies that it has spoken with the Federal Bureau of Investigation concerning a litigation budget and alternative dispute resolution programs.

**Conference with Counsel**

Pursuant to Local Rule 16.1(B) and Fed.R.Civ.P. 26 (f), counsel for the United States attempted to conferred with Plaintiff's counsel, but Mr. Quan did not respond.

                For the defendants,

                MICHAEL J. SULLIVAN
                UNITED STATES ATTORNEY

                /s/ Christopher Alberto
                Christopher Alberto
                Assistant U.S. Attorney
                U.S. Attorney's Office
                1 Courthouse Way
                Suite 9200
                Boston, MA 02210
                (617) 748-3311

Dated:    October 25, 2004