UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARBELLA MUTUAL INSURANCE CO., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. <br> 04-11400-JLT |

JOINT NOTICE OF SETTLEMENT AND REQUEST THAT
SCHEDULING CONFERENCE BE CANCELLED

The parties hereby report that the above captioned case was settled today and a joint notice of dismissal will be filed once United States makes payment of $5,136.72 to the plaintiff; therefore, the parties request that the Court cancel the Tuesday, November 2, 2004 scheduling conference.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        UNITED STATES ATTORNEY

| | |
|---|---|
| /s/ Jackson F. Quan by permission | /s/ Christopher Alberto |
| Jackson F. Quan, Esq. | Christopher Alberto |
| Bolden & Associates | Assistant U.S. Attorney |
| 10 Federal Street, Suite 210 | 1 Courthouse Way, Suite 9200 |
| Salem, MA 01970 | Boston, MA 02210 |
| (781) 581-1750 | (617) 748-3311 |

Dated: October 28, 2004