UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ARBELLA MUTUAL INSURANCE CO., )
                              )
     Plaintiff,               )
                              )
     v.                       )     Civil Action No.
                              )     04-11400-JLT
UNITED STATES OF AMERICA,     )
                              )
     Defendant.               )
_____)

STIPULATION OF DISMISSAL

The parties to the above-entitled action, pursuant to the provisions of F.R.C.P. 41(a)(1)(ii), hereby stipulate that this action be dismissed, with prejudice, without costs, and waiving all rights of appeal.

                                        Respectfully submitted,

By Plaintiff,                           By Defendant

                                        MICHAEL J. SULLIVAN
                                        UNITED STATES ATTORNEY

_____         _____
Jackson F. Quan, Esq.                   Christopher Alberto
Bolden & Associates                     Assistant U.S. Attorney
10 Federal Street, Suite 210            1 Courthouse Way, Suite 9200
Salem, MA 01970                         Boston, MA 02210
(781) 581-1750                          (617) 748-3311

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the attorney of record for each party a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

Dated: October 28, 2004

1/14/05

_____
Christopher Alberto